SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 09-2048 PA (SSx) | Date | February 18, 2010 |
|---|---|---|---|
| Title | Tagliaferri v. Metropolitan Life Ins. Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  IN CHAMBERS – COURT ORDER

The Court is in receipt of the status report filed by defendant Metropolitan Life Insurance Company ("Defendant") following the remand of plaintiff Karen Tagliaferri's ("Plaintiff's") claim for consideration of her Social Security Administration ("SSA") file. Based on the documents filed with the Court, it appears that Plaintiff has not cooperated with Defendant in providing access to her SSA file.

Plaintiff is hereby ordered to show cause in writing no later than February 26, 2010, why the Court should not impose sanctions on her and her counsel for failure to cooperate with Defendant in providing access to the SSA file. This Order to Show Cause may be discharged upon the Court's receipt of notice from the parties that Plaintiff has provided the necessary authorization for access. However, failure to respond to this Order may result in the imposition of sanctions.

The status conference scheduled for February 22, 2010, is hereby continued to March 8, 2010 at 1:30 p.m.

IT IS SO ORDERED.

                         :

Initials of Preparer